GARY A. DAVIS (SBN 098792)
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
T: (828) 622.0044; F: (828) 398.0435
Email: gadavis@enviroattorney.com

JAMES M. BIRKELUND (SBN 206328)
Law Offices of James Birkelund
548 Market St., # 11200
San Francisco, CA 94105
T: (415) 602.6223; F: (415) 789.4556
Email: james@birkelundlaw.com

RACHEL S. DOUGHTY (SBN 255904)
Greenfire Law
1202 Oregon Street
Berkeley, CA 94702
T: (828) 424.2005
Email: rdoughty@greenfirelaw.com

Attorneys for Plaintiff.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTIC POLLUTION COALITION, a project of EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>　　　　Plaintiff,<br>v.<br><br>TE CONNECTIVITY *dba* TYCO ELECTRONICS CORPORATION, TE CONNECTIVITY NETWORKS, and TE CIRCUIT PROTECTION,<br><br>　　　　Defendants. | Case No. 15-cv-03658-CRB<br><br>**SECOND UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; REQUESTING 28-DAY EXTENSION**<br><br>~~[PROPOSED]~~ **ORDER** |

# MOTION

Pursuant to Civ. L.R. 7-11 and 16-2(d), Plaintiff Plastic Pollution Coalition, a project of Earth Island Institute ("Plastic Pollution Coalition"), by and through its attorneys, hereby moves for relief from the existing Case Management Schedule (Docket 11, Aug. 11, 2015) consisting of a 28-day extension of the Initial Case Management Conference and ADR Deadlines. On November 2, 2015, the Court granted Plaintiff's first request for relief from the Case Management Schedule. *Id*. As discussed below, a second extension is merited to resolve this case as efficiently as possible.

# POINTS AND AUTHORITIES

Good cause exists to extend the Case Management Schedule deadlines because out-of-court negotiations with Defendants have resulted in a proposed consent decree that is awaiting final client approvals. This early settlement (in the form of a consent decree) would save the Court time and resources, and the requested extension will potentially avoid unnecessary case management activities. Plaintiff's counsel anticipates this second 28-day delay in the Initial Case Management Conference and ADR Deadlines will be sufficient to allow the parties to come to agreement on a final consent decree and file the same with the court.

Plaintiff further has consulted with Defendants' counsel, Gary J. Smith, who is aware of this motion and does not object to this second request for relief from

the case management schedule.

This request is made in good faith and is not for purposes of delay. All factual representations made herein are supported by the attached Declaration of James M. Birkelund.

This motion is unopposed as Defendants have yet to be served with the Summons and Complaint and so have not made an appearance.

Dated: November 27, 2015              JAMES M. BIRKELUND

                                     By: /s/ James Birkelund
                                     Attorney for Plaintiff

                                     GARY DAVIS, ESQ
                                     RACHEL DOUGHTY, ESQ

**GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED:**

The Order Setting Initial Case Management Conference and ADR Deadlines is hereby amended as follows:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 8/11/15 | Complaint Filed | |
| 12/25/15 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • file ADR Certification signed by Parties and Counsel<br><br>(form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference http://www.adr.cand.uscourts.gov<br><br>(form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 1/8/16 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R. 16-9 |
| 1/11/16 | INITIAL CASE MANAGEMENT CONFERENCE<br>(CMC) at 8:30 AM in:<br><br>Courtroom 6, 17th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R. 16-10 |

\* If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

Date: __12/15/2015__

_____
Honorable Charles R. Breyer
District Court Judge