GARY A. DAVIS (SBN 098792)
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
T: (828) 622.0044; F: (828) 398.0435
Email: gadavis@enviroattorney.com

JAMES M. BIRKELUND (SBN 206328)
Law Offices of James Birkelund
548 Market St., # 11200
San Francisco, CA 94105
T: (415) 602.6223; F: (415) 789.4556
Email: james@birkelundlaw.com

RACHEL S. DOUGHTY (SBN 255904)
Greenfire Law
1202 Oregon Street
Berkeley, CA 94702
T: (828) 424.2005
Email: rdoughty@greenfirelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTIC POLLUTION COALITION, a project of EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>       Plaintiff,<br><br>v.<br><br>TE CONNECTIVITY *dba* TYCO ELECTRONICS CORPORATION, TE CONNECTIVITY NETWORKS, and TE CIRCUIT PROTECTION,<br><br>       Defendants. | Case No.  15-cv-03658-CRB<br><br>[PROPOSED] ORDER TO SHOW CAUSE RE: DISMISSAL |

WHEREAS, the Court has reviewed the Notice of Settlement jointly submitted by the parties;

WHEREAS, the settlement is contingent upon the expiration of the federal regulatory agencies' 45-day review period required by the federal Clean Water Act and 40 C.F.R. § 135.5;

WHEREAS, no order disposing of this action may be entered prior to the expiration of the federal regulatory agencies' 45-day review period; and

WHEREAS, the regulatory agencies' review period will end on or about February 12, 2016.

THEREFORE, GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. An Order to Show Cause re: Dismissal is set for February, 26, 2016 at 10:00 a.m.,

2. The Order to Show Cause will be discharged if a Request for Dismissal is filed before the appearance; and

3. All other deadlines and hearing dates, including the February 8, 2016 deadline for Defendant to file its responsive pleading, are vacated.

IT IS SO ORDERED.

Date: ~~Dec. 30, 2015~~   _____

Honorable Charles R. Breyer
District Court Judge