GARY A. DAVIS (SBN 098792)
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
T: (828) 622.0044; F: (828) 398.0435
Email: gadavis@enviroattorney.com

JAMES M. BIRKELUND (SBN 206328)
Law Offices of James Birkelund
548 Market St., # 11200
San Francisco, CA 94105
T: (415) 602.6223; F: (415) 789.4556
Email: james@birkelundlaw.com

RACHEL S. DOUGHTY (SBN 255904)
Greenfire Law
1202 Oregon Street
Berkeley, CA 94702
T: (828) 424.2005
Email: rdoughty@greenfirelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTIC POLLUTION COALITION, a project of EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>TE CONNECTIVITY *dba* TYCO ELECTRONICS CORPORATION, TE CONNECTIVITY NETWORKS, and TE CIRCUIT PROTECTION,<br><br>    Defendants. | Case No.  15-cv-03658-CRB<br><br>**ORDER GRANTING DISMISSAL**<br>F.R.C.P. Rule 41(a)(2)<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

IT IS HEREBY ORDERED that Plaintiff Earth Island Institute and Plastic Pollution Coalition's claims against Defendant Tyco Electronics Corporation *dba* TE Connectivity set forth in the Complaint filed in this lawsuit are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 31, 2018, or through the conclusion of any proceeding to enforce the Consent Decree, for the sole purpose of enforcing compliance by the parties with the terms of the Consent Decree attached to the parties' Stipulation to Dismiss as Exhibit 1.

The Order to Show Cause Re: Dismissal set for hearing on February 26, 2016 is vacated.

IT IS SO ORDERED.

Date:  February 25, 2016

_____
Honorable Charles R. Breyer
District Court Judge